IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TRUIST BANK f/k/a Branch Banking      )
and Trust Company,                    )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )   CIVIL CASE NO. 3:24-cv-131-ECM
                                      )              [WO]
SOUTHEASTERN DISASTER                 )
RELIEF SERVICES, LLC, *et al.*,       )
                                      )
          Defendants.                 )

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the parties' renewed joint motion for entry of judgment. (Doc. 35). Upon review of the parties' submissions, the Court is satisfied that their proposed judgment is "not unconstitutional, unlawful, unreasonable, or contrary to public policy." *Stovall v. City of Cocoa, Fla.*, 117 F.3d 1238, 1240 (11th Cir. 1997). Therefore, and for good cause, it is

ORDERED that the motion (doc. 35) is GRANTED.

A separate Final Judgment will be entered.

DONE this 22nd day of April, 2025.

       /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE